# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TREDAYSIA WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02910-SHL-cgc |
| MANPREET SINGH and GI TRUCKING, LLC, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Notice of Removal (ECF No. 1), filed September 26, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with prejudice (ECF No. 11), filed November 24, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 24, 2025
Date